1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO GOMEZ ROMERO,

                    Petitioner,

        v.

CAMMILLA WAMSLEY, et al.,

                    Respondent.

CASE NO. 25-cv-02207-JHC

ORDER

    This matter comes before the Court on Petitioner Sergio Gomez Romero's Emergency

Motion for Temporary Restraining Order and Stay of Removal.  Dkt. # 2.

    Petitioner moves under Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705 for the

Court to issue a temporary restraining order before Respondents can respond to his motion.  *Id.*

at 2.  Federal Rule of Civil Procedure 65 provides that the Court may issue a temporary

restraining order without notice to the adverse party only if two conditions are met: (1) "specific

facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury,

loss, or damage will result to the movant before the adverse party can be heard in opposition";

and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons

why it should not be required."  Fed. R. Civ. P. 65(b); *see also* LCR 65(b)(1).

ORDER - 1

But Petitioner does not meet either of these requirements.  Although Petitioner alleges that "[t]he Department of Homeland Security has recently transferred large numbers of detainees to Arizona, Texas, and other places," the current motion does not contain specific facts in an affidavit or a verified complaint showing that *Petitioner* faces an imminent risk of transfer before Respondents can be heard.  Dkt. # 2 at 2; *see* Dkt. # 1.  Petitioner's attorney likewise has not certified in writing any efforts made to give notice to Respondents.  *See generally* Dkt. # 2.  Thus, Petitioner's motion must be denied.

Should facts develop outside of business hours that demonstrate imminent risk of irreparable injury, Petitioner's counsel may use the emergency filing procedure at https://www.wawd.uscourts.gov/attorneys/emergency-filings.

For all these reasons, the Court DENIES Petitioner's motion.  Dkt. # 2.

Dated this 5th day of November, 2025.

John H. Chun
United States District Judge