UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO GOMEZ ROMERO,

        Petitioner,

   v.

CAMILLA WAMSLEY, *et al.*,

        Respondents.

Case No. C25-2207-JHC-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Respondents' Motion to Dismiss (dkt. # 7) is DENIED.

    (3)    Petitioner's Petitioner for Writ of Habeas Corpus (dkt. # 1) is GRANTED. Respondents shall immediately release Petitioner from detention and are enjoined from re-detaining Petitioner without a bond determination hearing before a neutral decisionmaker.

    (4)    The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Michelle L. Peterson.

ORDER - 1

Dated this __ day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2