# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SERGIO GOMEZ ROMERO,<br><br>                    Petitioner,<br><br>v.<br><br>CAMILLA WAMSLEY, *et al.*,<br><br>                    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2207-JHC-MLP |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied, and Petitioner's petition is granted. Respondents shall immediately release Petitioner from detention and are enjoined from re-detaining him without a prior bond determination hearing before a neutral decisionmaker.

Dated this \_\_ day of _____, 2025.

Ravi Subramanian
Clerk of Court

s/_____
Deputy Clerk
