1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO GOMEZ ROMERO,<br><br>    Petitioner,<br><br> v.<br><br>CAMMILLA WAMSLEY et al.,<br><br>    Respondents. | CASE NO. 25-cv-02207-JHC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  The Court has reviewed de novo the Report and Recommendation of Magistrate Judge Michelle L. Peterson, to which there is no objection. Dkt. # 11; *see* Dkt. # 12. The Court has likewise considered the materials filed in support of the motion, the rest of the file, and the governing law. The Court ORDERS:

  (1) The Court adopts the Report and Recommendation, Dkt. # 11;

  (2) Petitioner must be released from custody, and he may not be re-detained without a prior bond determination hearing before a neutral decisionmaker, *see id.* at 4;

  (3) The Clerk is directed to send copies of this Order to Petitioner, Respondents, and to the Hon. Michelle L. Peterson.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  Dated this 15th day of December, 2025.

*John H. Chun*

John H. Chun
United States District Judge